dismissing a claim for damages for personal injuries alleged to have been sustained by claimant personally, for damages for the death of claimant's intestates, plus conscious pain and suffering and for property damage to an automobile.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

∎

LEO BLUM et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 31784.) — Same decision and like cause of action as in *Gurevitch* v. *State of New York* (*ante,* p. 863) decided herewith. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

∎

WILFORD CHAVERS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31829.) — Same decision and like cause of action as in *Gurevitch* v. *State of New York* (*ante,* p. 863) decided herewith. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

∎

JOHN N. FOLMAR, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31828.) — Same decision and like cause of action as in *Gurevitch* v. *State of New York* (*ante,* p. 863) decided herewith. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

∎

EUGENE A. BIANCHI, Formerly Doing Business under the Name of FEDERAL TRANSPORTATION LINES, Appellant, v. SEARS, ROEBUCK AND CO., Respondent.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Vaughan, J. P., Kimball, Wheeler and Van Duser, JJ. [See 284 App. Div. 709.]

∎

ANNIE P. GUREVITCH, Individually and as Administratrix of the Estates of MAX GUREVITCH and Another, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31495.) — Motion for reargument granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 717; upon reargument see *ante,* p. 863.]

∎

LEO BLUM et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 31784.) — Motion for reargument granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 717; upon reargument see *ante,* p. 864.]

∎

WILFORD CHAVERS, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31829.) — Motion for reargument granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 717; upon reargument see *ante,* p. 864.]

∎

JOHN N. FOLMAR, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 31828.) — Motion for reargument granted. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 717; upon reargument see *ante,* p. 864.]